# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF IOWA

| | |
|---|---|
| DUANE SCHARF,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>WALTER G. ANDERSON, INC.,<br><br>　　　　Defendant. | Case Number: 4:16-cv-00409-SMR-HCA<br><br>**CORPORATE DISCLOSURE /<br>STATEMENT OF INTEREST** |

　　　　As required by LR 7.1 and LR 81(c), Defendant in this case provides the following information to the court:

(a)　　The following are the names of all associations, firms, partnerships, corporations, and other artificial entities that either are related to the Defendant as a parent, subsidiary, or otherwise, or have a direct or indirect pecuniary interest in the Defendant's outcome in the case:

**Walter G. Anderson, Inc.**

**GPI WG Acquisition Sub, LLC.**

**Graphic Packaging International, Inc.**

**Graphic Packaging Holding Company.**

(b)　　With respect to each entity named in response to (a), the following describes its connection to or interest in the litigation, or both:

**Walter G. Anderson, Inc. is a wholly owned subsidiary of GPI WG Acquisition Sub, LLC. GPI WG Acquisition Sub, LLC is a wholly owned subsidiary of Graphic Packaging International, Inc., which is a wholly owned subsidiary of Graphic Packaging Holding Company.**

Respectfully submitted,

*/s/ Julie T. Bittner*
Kerrie M. Murphy, AT0005576
Julie T. Bittner, AT0009719
MWH LAW GROUP LLP
1501 42nd Street, Suite 465
West Des Moines, IA 50266-1090
Telephone: (515) 453-8509
Facsimile: (515) 267-1408
E-mail: kerrie.murphy@mwhlawgroup.com
E-mail: julie.bittner@mwhlawgroup.com
*Attorneys for Defendant*

**PROOF OF SERVICE**

I hereby certify that on July 19, 2016, I electronically filed the foregoing with the Clerk of the Court using the electronic document management/electronic filing system which will send notification of such filing to the following:

Sarah M. Wolfe, At0012177
Nathaniel R. Boulton, AT0000992
HEDBERG & BOULTON, P.C.
100 Court Avenue, Suite 425
Des Moines, IA 50309
Telephone: (515) 288-4148
Facsimile : (515) 288-4149
E-mail: sarah@hedberglaw.com
E-mail: nboulton@hedberglaw.com
*Attorneys for Plaintiff*

Marcy A. O'Brien, AT0005869
O'BRIEN LAW FIRM
7850 Hickman Road, Suite B
Windsor Heights, IA 50324
Telephone: (515) 528-9540
Facsimile: (866) 728-0758
E-mail: marcy@obrienlawdsm.com
*Attorney for Plaintiff*

　　　　　　　　　　　　　　　　　　　/s/　　Brooke Masek