# UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF IOWA

| | |
|---|---|
| DUANE SCHARF,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>WALTER G. ANDERSON, INC.,<br><br>　　　　Defendant. | Case No: 4:16-cv-00409<br><br>**JOINT STIPULATED DISMISSAL WITH PREJUDICE** |

**COME NOW** Plaintiff, Duane Scharf, and Defendant Walter G. Anderson, Inc., by and through their undersigned attorneys and hereby stipulate to the dismissal of the above-captioned cause of action with prejudice. The parties each hereby receipt for costs.

| | |
|---|---|
| /s/ *(signature)*<br>Sarah M. Baumgartner, AT0012177<br>Nathaniel R. Boulton, AT0009992<br>HEDBERG & BOULTON, P.C.<br>100 Court Avenue, Suite 425<br>Des Moines, IA 50309<br>Telephone: (515) 288-4148<br>Facsimile: (515) 288-4149<br>E-mail: sarah@hedberglaw.com<br>E-mail: nboulton@hedberglaw.com<br>*Attorneys for Plaintiff* | /s/ Julie T. Bittner<br>Kerrie M. Murphy, AT0005576<br>Julie T. Bittner, AT0009719<br>MWH LAW GROUP LLP<br>1501 42nd Street, Suite 465<br>West Des Moines, IA 50266-1090<br>Telephone: (515) 453-8509<br>Facsimile: (515) 267-1408<br>E-mail: kerrie_murphy@mwhlawgroup.com<br>E-mail: julie_bittner@mwhlawgroup.com<br>*Attorneys for Defendants* |

Marcy A. O'Brien, AT0005869
O'BRIEN LAW FIRM
7850 Hickman Road, Suite B
Windsor Heights, IA 50324
Telephone: (515) 528-9540
Facsimile: (866) 728-0758
E-mail: marcy@obrienlawdsm.com
*Attorney for Plaintiff*

## PROOF OF SERVICE

I hereby certify that on ___April 24, 2017___, I electronically filed the foregoing with the Clerk of the Court using the electronic document management/electronic filing system which will send notification of such filing to the following:

*/s/ Brooke E. Klingbeil*
